DAVID SHOLTZ, J. M. LEE and W. V. KNOTT, as members of and constituting the Board of Administration of the State of Florida, and W. V. KNOTT, as Treasurer *ex-officio* of the County of Monroe, State of Florida, v. STATE, *ex rel.* WM. D. HOPKINS.

312

165 So. 44.
Opinion Filed December 31, 1935.

*Cary D. Landis,* Attorney General, and *James B. Watson,* Assistant, for Plaintiffs in Error;

*Waller & Pepper* and *B. A. Meginniss,* for Defendant in Error.

PER CURIAM.—The writ of error brings for review judgment awarding peremptory writ of mandamus against the plaintiff in error.

The legal principles involved are like those adjudicated in the case of Sholtz, *et al.,* v. State, *ex rel.* Ben Hur Life Assurance Corp. (No. 2185) in which opinion was filed at the present term of the Court and the judgment is affirmed on the authority of the opinion and judgment in that case.

It is so ordered.

Affirmed.

WHITFIELD, C. J., and ELLIS, BROWN, BUFORD and DAVIS, J. J., concur.